IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RAS JAHMIKES MATTA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>YELLOWSTONE COUNTY DETENTION FACILITY, SGT. MILLER, OFC. YELLOWROBE, HEARING OFFICER CAINE, SGT. GOODYEAR, LT. VALDEZ, SHERIFF DEPUTY 1, AND OFFICER DOES 1-4,<br><br>　　　　Defendants. | CV-21-130-BLGS-SPW-TJC<br><br>ORDER |

　　Plaintiff Ras Jahmikes Matta, a detainee proceeding without counsel, filed a Motion to Proceed in Forma Pauperis and a proposed Complaint. (Docs. 1 and 3.) The motion is not accompanied by his prisoner account statement, which is required for the Court to consider Plaintiff's motion and to continue to the prescreening of his case. 28 U.S.C. § 1915(a)(2). He states that his current place of detention, Cascade County Detention Facility, will not provide him an account statement without a subpoena. (Doc. 3 at 1.) This Court has previously received account statements from Cascade County without subpoena.

　　It is therefore HEREBY ORDERED:

　　1.　Matta is directed to file an inmate account statement from his current place of incarceration within ten days of the making of this order.

2. At all times, Matta must update the Court regarding any change of address. Failure to comply may result in dismissal. Fed. R. Civ. P. 41.

DATED this 17th day of December, 2021.

                                                 */s/ Timothy J. Cavan*
                                                 Timothy J. Cavan
                                                 United States Magistrate Judge