IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RAS JAHMIKES MATTA,<br><br>Plaintiff,<br><br>vs.<br><br>SGT. MILLER, et al.,<br><br>Defendants. | CV-21-130-BLG-SPW-TJC<br><br>FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Plaintiff Ras Jahmikes Matta has filed a motion for a temporary restraining order. (Doc. 58.) The motion is fully briefed. The Court will recommend denial.

Matta's motion for a temporary restraining order sought an injunction directing the Defendants at Yellowstone County Detention Facility to provide him with certain protections and accommodations. (Doc. 58-3.) Defendants respond substantively, explaining why Matta's motion does not satisfy the factors outlined in *Winter v. NRDC, Inc.*, 555 U.S. 7, 20 (2008). Defendants also explain Matta's recent criminal history and his charges, culminating in his current placement at Montana State Prison. (Doc. 63 at 1 – 2.) The Court confirmed Matta's current location on the Montana Department of Corrections website, https://app.mt.gov/conweb, visited on August 31, 2022.

"When an inmate challenges prison conditions at a particular correctional facility, but has been transferred from the facility and has no reasonable

expectation of returning, his claim is moot." *Pride v. Correa*, 719 F.3d 1130, 1138 (9th Cir. 2013).  Matta is not likely to return to Yellowstone County, having been sentenced on his various state and federal charges.  As such, his motion requesting certain accommodations at YCDF is moot and should be denied.

Accordingly, the Court makes the following:

## RECOMMENDATION

1.  Matta's motion for a temporary restraining order should be DENIED. (Doc. 58.)

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

Matta may file objections to these Findings and Recommendations within fourteen days.  28 U.S.C. § 636.  Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.  This order is not immediately appealable to the Ninth Circuit Court of Appeals.  Any notice of appeal pursuant to Fed. R. App. P. 4(a), should not be filed until entry of the District Court's final judgment.

DATED this 31st day of August, 2022.

/s/ Timothy J. Cavan
Timothy J. Cavan, Magistrate Judge
United States District Court