IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RAS JAHMIKES MATTA,<br><br>  Plaintiff,<br><br>vs.<br><br>SGT. MILLER, et al.,<br><br>  Defendants. | CV 21-130-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS ON THE MOTION FOR A TEMPORARY RESTRAINING ORDER |

Before the Court are United States Magistrate Judge Timothy Cavan's Findings and Recommendations on Plaintiff Ras Jahmikes Matta's Motion for a Temporary Restraining Order (Doc. 58), filed on August 31, 2022. (Doc. 67). Judge Cavan recommended that Plaintiff's motion be denied.

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendations. No objections were filed to Judge Cavan's Findings and Recommendations. When neither party objects, this Court reviews the Magistrate's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear

error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

After reviewing the Findings and Recommendations, the Court finds no clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by Judge Cavan (Doc. 67) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Plaintiff Matta's Motion for a Temporary Restraining Order (Doc. 58) is DENIED.

DATED this 3rd day of October, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge