# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| RAS JAHMIKES MATTA,<br><br>              Plaintiff,<br><br>vs.<br><br>SGT. MILLER, *et al.*,<br><br>              Defendants. | CV 21-130-BLG-SPW-TJC<br><br><br>ORDER |

Upon the Stipulated Joint Motion to Dismiss (Doc. 123) between the parties hereto,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE** as having been fully settled upon the merits, with each party to bear their own costs and attorney's fees.

DATED this __11th__ day of May, 2023.

_Susan P. Watters_____
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1